UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                            Case No. 2:09-cr-6
                                                                             HON. R. ALLAN EDGAR
BRANDON JAMES VERT,

      Defendant.
_____/

**ORDER OF DETENTION**

Defendant was arrested on July 11, 2014, and appeared before the undersigned on July 16, 2014, on a Petition for Warrant or Summons for Offender Under Supervision (docket #35), alleging a violation of the defendant's terms of supervised release. At that initial appearance, the defendant waived his right to a preliminary hearing, his right to appear before a district judge, and his right to allocution and sentencing before a district judge. Defendant requested that a revocation hearing be set; defense counsel indicated to the court that he needed approximately two weeks within which to prepare. Accordingly,

IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                        /s/ Timothy P. Greeley_____
                        TIMOTHY P. GREELEY
                        UNITED STATES MAGISTRATE JUDGE

Dated:  July 17, 2014